FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WENDY TURKEL, | ) | CIVIL 04-00621 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOANN B. BARNHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 8, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation that Case be Dismissed" are adopted as the opinion and order

of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____1·4·06_____

Helen Gillmor
United States District Judge

cc: all parties of record